| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.   Bar No. 172549 |
| 2 | James D. Weakley, Esq.        Bar No. 082853 |
|   | WEAKLEY, ARENDT, MCGUIRE, LLP |
| 3 | 1630 East Shaw Avenue, Suite 176 |
|   | Fresno, California  93710 |
| 4 | Telephone:  (559) 221-5256 |
|   | Facsimile:  (559) 221-5262 |

Attorneys for Defendants, CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER KARR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE AZEVEDO, | ) | CASE NO. 1:09-CV-00375 AWI DLB |
| | ) | |
| Plaintiff | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) | **SCHEDULING CONFERENCE DATE** |
| | ) | |
| CITY OF FRESNO, CITY OF FRESNO | ) | |
| POLICE DEPARTMENT and OFFICER | ) | |
| KARR, and DOES 1 to 10, Inclusive, | ) | |
| | ) | Complaint Filed: 12/30/08 |
| Defendants. | ) | Trial Date: TBA |
| | ) | |
| _____ | ) | |

Plaintiff by and through his counsel of record and defendants by and through their counsel of record hereby stipulate to continuing the Scheduling Conference from May 7, 2009 to **June 11, 2009 at 9:15 a.m.** in Courtroom 9, before Magistrate Judge Dennis L. Beck.

This continuance is necessary to allow the parties additional time to obtain necessary investigation reports pertinent to the action.

DATED: April 15, 2009                    WEAKLEY, ARENDT & McGUIRE, LLP


By:  /s/ Rosemary T. McGuire
     Rosemary T. McGuire
     Attorneys for Defendants

---

Stipulation and Proposed Order to
Continue Scheduling Conference Date

| | |
|---|---|
| DATED: April 17, 2009 | LAW OFFICES OF DALE K. GALIPO |
| | By:   /s/  Dale K. Galipo<br>Dale K. Galipo<br>Attorneys for Plaintiff |

**ORDER**

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference in this matter be continued from May 7, 2009 to **June 11, 2009, at 9:15 a.m.** in Courtroom 9 of the above-entitled court.

IT IS SO ORDERED.

Dated:   **April 22, 2009**          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE