Rosemary T. McGuire, Esq.   Bar No. 172549
James D. Weakley, Esq.        Bar No. 082853

WEAKLEY, ARENDT, MCGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER KARR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER KARR, and DOES 1 to 10, Inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-00375 AWI DLB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY DATES AND MODIFYING SCHEDULING ORDER**<br><br>Trial Date: August 3, 2010 |

The parties, through their respective counsel, have conferred and hereby stipulate to extend discovery and motion filing deadlines as follows:

**Supplemental Expert Disclosure:** Extended to March 12, 2010.

**Expert Discovery Cut-Off:** Extended to March 26, 2010.

**Non-Dispositive Motion Filing Deadline:** Extended to April 9, 2010.

**Dispositive Motion Filing Deadline:** Extended to April 9, 2010.

DATED: January 25, 2010                    WEAKLEY, ARENDT & McGUIRE, LLP

                                By:   /s/ Rosemary T. McGuire
                                      Rosemary T. McGuire
                                      Attorneys for Defendants

---
Stipulation and Proposed Order to
Modify Scheduling Order

1 | DATED: January 25, 2010          LAW OFFICES OF DALE K. GALIPO

3          By:    /s/   John Fattahi
             John Fattahi
4            Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   January 27, 2010**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE