Rosemary T. McGuire, Esq.   Bar No. 172549
James D. Weakley, Esq.       Bar No. 082853

WEAKLEY, ARENDT, MCGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER CARR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE AZEVEDO, | CASE NO. 1:09-CV-00375 AWI DLB |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER DISMISSING THIRD CLAIM FOR RELIEF** |
| CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER KARR, and DOES 1 to 10, Inclusive, | |
| Defendants. | Trial Date: August 3, 2010 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff LAWRENCE AZEVEDO, by and through his attorney of record, John Fattahi, Esq., stipulates to the dismissal, with prejudice, of the Third Claim for Relief in the Complaint which alleges denial of timely medical attention in violation of plaintiff's Fourteenth Amendment rights. Each party is to bear their own costs.

DATED: April 6, 2010

                                      WEAKLEY, ARENDT & McGUIRE, LLP

                      By:    /s/ Rosemary T. McGuire
                             Rosemary T. McGuire
                             Attorneys for Defendants

///

///

DATED: April 6, 2010                    LAW OFFICES OF DALE K. GALIPO

                                        By:   /s/   John Fattahi
                                              John Fattahi
                                              Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   April 8, 2010                        /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

Stipulation & Order Dismissing Third
Claim for Relief                              2