IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,           )<br>                             )<br>            Plaintiff,        )<br>    v.                       )<br>                             )<br>CITY OF FRESNO, et. al.,     )<br>                             )<br>            Defendants.       )<br>_____) | 1:09-cv-375  AWI DLB<br><br>ORDER RESETTING<br>HEARING TO MAY 17, 2010 |

    Currently set for hearing and decision on May 10, 2010, are cross motions for summary judgment.  The court has determined that it is necessary to reschedule the hearing on these matters.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 10, 2010, is VACATED, and the hearing on the cross motions is RESET to May 17, 2010, at 1:30 p.m. in Courtroom Two.

IT IS SO ORDERED.

**Dated:   May 5, 2010**                         /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE