IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF FRESNO, et. al.,<br><br>                Defendants. | 1:09-cv-375  AWI DLB<br><br>VACATING MAY 17, 2010 HEARING AND TAKING MATTERS UNDER SUBMISSION |

Currently set for hearing and decision on May 17, 2010, are cross motions for summary judgment. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 17, 2010, is VACATED, and the parties shall not appear at that time. As of May 17, 2010, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 12, 2010                               /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE