IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,            )<br>                              )<br>            Plaintiff,      )<br>    v.                        )<br>                              )<br>CITY OF FRESNO, et. al.,      )<br>                              )<br>            Defendants.       )<br>_____) | 1:09-cv-375  AWI DLB<br><br>ORDER RESETTING PRE-<br>TRIAL HEARING TO JUNE 18,<br>2010 |

   Trial in this matter is set for August 3, 2010.  The pre-trial conference is currently set for June 11, 2010.  The Court has determined that it is necessary to reschedule the pre-trial conference.

   Therefore, IT IS HEREBY ORDERED that the previously set pre-trial conference of June 11, 2010, is VACATED, and the pre-trial conference is RESET to June 18, 2010, at 8:30 a.m. in Courtroom Two.

IT IS SO ORDERED.

Dated:   May 28, 2010                       /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE