IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,          )<br>                                             )<br>            Plaintiff,         )<br>     v.                          )<br>                                             )<br>CITY OF FRESNO, et. al.,   )<br>                                             )<br>            Defendants.     )<br>_____) | 1:09-cv-375  AWI DLB<br><br>ORDER RESETTING PRE-TRIAL HEARING TO JUNE 25, 2010 |

On June 1, 2010, the Court reset the pre-trial hearing in this case to June 18, 2010.  On June 11, 2010, the parties filed a stipulation to continue the pre-trial hearing to June 25, 2010, due to the trial schedule of Plaintiff's counsel.  <u>See</u> Court's Docket Doc. No. 62.  The Court will give effect to the stipulation.

Therefore, IT IS HEREBY ORDERED that the previously set pre-trial conference of June 18, 2010, is VACATED, and the pre-trial conference is RESET to June 25, 2010, at 8:30 a.m. in Courtroom Two.

IT IS SO ORDERED.

Dated:   June 14, 2010                        /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE