IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE AZEVEDO, | ) | 1:09-cv-375 AWI DLB |
| | ) | |
| Plaintiff, | ) | VACATING SEPTEMBER 13, |
| v. | ) | 2010 HEARING AND TAKING |
| | ) | MATTER UNDER |
| CITY OF FRESNO, et. al., | ) | SUBMISSION |
| | ) | |
| Defendants. | ) | |

    Currently set for hearing and decision on September 13, 2010, is Defendants' motion for qualified immunity. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 13, 2010, is VACATED, and the parties shall not appear at that time. As of September 13, 2010, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:     September 8, 2010

CHIEF UNITED STATES DISTRICT JUDGE