IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF FRESNO, et. al.,<br><br>　　　　　Defendants. | 1:09-cv-375  AWI DLB<br><br>ORDER RESETTING TRIAL TO APRIL 16, 2012 AND SETTING PRE-TRIAL CONFERENCE TO FEBRUARY 2, 2012 |

　　　　On January 25, 2011, the Court issued a ruling on a second summary judgment motion. As part of that order, the Court directed the parties to meet and confer in order to present the Court with mutually agreeable trial dates for this matter.  On February 15, 2011, the parties informed the Court that they could not agree on mutually agreeable dates and instead submitted individual dates that worked for the individual parties.  A review of these dates shows one mutually agreeable date.  Remarkably, that date is not until 2012.  In light of the parties' representations, the Court will set trial in this matter for April 16, 2012.  However, if prior to April 16, 2012, it appears that other dates may be practical, the Court will entertain a joint motion to advance the trial date.[1]

---

[1] Of course, whether such a joint motion would be granted depends on the Court's schedule and calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. Trial in this matter is RESET to April 16, 2012 at 8:30 a.m. in Courtroom No. 2;
2. The Pre-Trial Conference is RESET to February 2, 2012 at 8:30 a.m. in Courtroom No. 2;
3. The parties shall file a joint pre-trial statement in the time frame provided by the local rules; and
4. Personal attendance at the pre-trial conference is mandatory (telephonic appearance will not be permitted).

IT IS SO ORDERED.

Dated: February 16, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

daw

2