LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF FRESNO; et al.,<br><br>Defendants. | Case No. 1:09-CV-00375 AWI DLB<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |

Plaintiff's trial counsel, Dale Galipo is scheduled to be engaged in a federal civil rights trial in the case of *Contreras v. City of Los Angeles* in the U.S. Court for the Central District of California on February 2, 2012.  Mr. Galipo will, therefore, be unavailable to attend the pretrial conference on February 2, 2012 at 8:30 am as currently scheduled.

Therefore, it is hereby stipulated and requested by the parties that the Pretrial Conference previously set for February 2, 2012 at 8:30 a.m. be continued to **February 10, 2012 at 8:30 a.m.**

DATED:  February 1, 2012          LAW OFFICES OF DALE K. GALIPO


By _____ /s/ ***Dale K. Galipo***
                        Dale K. Galipo
                        Attorneys for Plaintiff

1

DATED:  February 1, 2012          WEAKLEY & ARENDT LLP

2

3

By:                     /s/ **James J. Arendt**

4

James Arendt
Attorneys for Defendants

5

6

IT IS SO ORDERED.

7

Dated:   February 2, 2012

8

CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28