LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE AZEVEDO,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF FRESNO; et al.,<br><br>Defendants. | Case No. 1:09-CV-00375 AWI DLB<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |

Plaintiff's trial counsel, Dale Galipo is scheduled to be engaged in a federal civil rights trial in the case of *Contreras v. City of Los Angeles* in the U.S. Court for the Central District of California on February 2, 2012. Mr. Galipo will, therefore, be unavailable to attend the pretrial conference on February 2, 2012 at 8:30 am as currently scheduled.

Therefore, it is hereby stipulated and requested by the parties that the Pretrial Conference previously set for February 2, 2012 at 8:30 a.m. be continued to **February 10, 2012 at 8:30 a.m.**

DATED: February 1, 2012          LAW OFFICES OF DALE K. GALIPO

By _____/s/ *Dale K. Galipo*_____
Dale K. Galipo
Attorneys for Plaintiff

1 | DATED:  February 1, 2012          WEAKLEY & ARENDT LLP
2
3                                     By:         /s/ *James J. Arendt*
4                                         James Arendt
                                          Attorneys for Defendants
5
6 | IT IS SO ORDERED.
7 | Dated:   February 2, 2012           _____
                                        CHIEF UNITED STATES DISTRICT JUDGE
8