IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LAWRENCE AZEVEDO,** | ) | 1:09-cv-375  AWI SAB |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER VACATING ALL** |
| | ) | **DATES AND DEADLINES** |
| **CITY OF FRESNO, et. al.**, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

    Trial in this matter is set for April 9, 2013, and a hearing on motions in limine is set for April 1, 2013. On March 22, 2013, the City of Fresno filed a notice of settlement. See Doc. No. 124. The notice is signed by all parties and indicates that all claims against all parties have now been resolved. See id.

    In light of the notice of settlement, the Court will vacate all currently set dates and deadlines, including the trial date. Per Local Rule 160, The parties will be ordered to file dismissal papers on or by April 11, 2013. See Local Rule 160(b).

    Therefore, IT IS HEREBY ORDERED that:

1. All currently set dates and deadlines are VACATED in light of the notice of settlement; and

2. The parties shall file dismissal papers on or by April 11, 2013.

IT IS SO ORDERED.

Dated:   March 26, 2013

                                                                                SENIOR  DISTRICT  JUDGE