James J. Arendt, Esq.         Bar No. 142937
Brande L. Gustafson, Esq.     Bar No. 267130

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER CARR

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE AZEVEDO, | CASE NO. 1:09-CV-00375 AWI SAB |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL AND ORDER** |
| CITY OF FRESNO, CITY OF FRESNO POLICE DEPARTMENT and OFFICER KARR, and DOES 1 to 10, Inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: April 11, 2013

PURVIS & ELDER

By:  /s/ Michael L. Elder
MICHAEL L. ELDER
Attorney for Plaintiff Lawrence Azevedo

DATED: April 11, 2013

WEAKLEY & ARENDT, LLP

By:  /s/ James J. Arendt
JAMES J. ARENDT
Attorney for Defendants

IT IS SO ORDERED.

Dated:   April 12, 2013

_____
SENIOR DISTRICT JUDGE

_____
Stipulated Dismissal and [Proposed] Order